**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6466**

---

THERON JOHNNY MAXTON,

Plaintiff - Appellant,

versus

A. MATTOX, Sergeant, MSU; VAUGHN JACKSON, Captain, MSU; J. D. WESSINGER, Deputy Warden, MSU,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Charles E. Simons, Jr., Senior District Judge. (CA-95-2152-3-6BC)

---

Submitted: May 16, 1996        Decided: June 6, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Theron Johnny Maxton, Appellant Pro Se. Douglas McKay, Jr., Daniel Roy Settana, Jr., MCKAY, MCKAY, HENRY & FOSTER, P.A., Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Maxton v. Mattox</u>, No. CA-95-2152-3-6BC (D.S.C. Mar. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>